AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| A.H., a minor by his mother and next friend Kelly Hamby<br>*Plaintiff(s)*<br>v.<br><br>JUUL LABS, INC., ALTRIA GROUP, INC., et al.<br>*Defendant(s)* | **Case No. 19-MD-02913-WHO**<br>*In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation*<br><br>This Document relates to<br>Civil Action No.   3:19-cv-6919-WHO |

Amended Complaint
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

  **SEE ATTACHED SERVICE LIST**

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Scott Powell; Hare, Wynn, Newell & Newton, LLP, 2025 Third Avenue North, Suite 800, Birmingham AL 35203; scott@hwnn.com; Phone (205) 328-5330; Fax (205) 324-2165. See also ¶ I in the Case Management Order No. 3, Direct Filing Order, entered 12/13/2019 (Doc. 309), in IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, 19-md-02913-WHO.

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  4/16/2020

*Signature of Clerk or Deputy Clerk*
Mark Romyn

**3:19-cv-06919-WHO A. H. v. JUUL Labs, Inc., et al.**

## DEFENDANTS

Phillip Morris USA, Inc.
MDL2913_Service_PMUSA@arnoldporter.com;

Altria Client Services LLC
MDL2913_Service_AltriaClientServices@arnoldporter.com;

Altria Group Distribution Company
MDL2913_Service_AltriaDistributionGroup@arnoldporter.com;

Altria Enterprises LLC
*At Address/Email agreed to by the parties*

James Monsees
89 Belgrave Avenue
San Francisco, CA 94117-4225
*Or by agreement of the parties*

Adam Bowen
360 Elm Street
San Mateo, CA 94401-2512
*Or by agreement of the parties*

Nicholas Pritzker
JUULMDLService@nixonpeabody.com

Ho Young Huh
JUULMDLService@nixonpeabody.com

Riaz Valani
JUULMDLService@nixonpeabody.com

McLane Company, Inc.
MDL2913_Service_McLane@wtotrial.com

Eby-Brown Company, LLC
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801
*Or by agreement of the parties*

Core-Mark Holding Company, Inc.
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801
*Or by agreement of the parties*