# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., a minor, by his mother and next friend KELLY HAMBY, | 3:19-cv-06919 (WHO) |
| v. JUUL LABS, INC. et. al | **NOTICE OF DISMISSAL** |
| *This Document Relates to:* | Hon. William H. Orrick |
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO) | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action:

- JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC.,

**THE MANAGEMENT DEFENDANTS**
- JAMES MONSEES;
- ADAM BOWEN;
- NICHOLAS PRITZKER;
- HOYOUNG HUH;
- RIAZ VALANI;

**THE E-LIQUID MANUFACTURING DEFENDANTS**
- MOTHER MURPHY'S LABS, INC.;
- ALTERNATIVE INGREDIENTS, INC.;
- TOBACCO TECHNOLOGY, INC.;
- eLIQUITECH, INC.;

**THE DISTRIBUTOR DEFENDANTS**
- MCLANE COMPANY, INC.;
- EBY-BROWN COMPANY, LLC;
- CORE-MARK HOLDING COMPANY, INC.;

**THE RETAILER DEFENDANTS**
- CHEVRON CORPORATION;
- CIRCLE K STORES INC.;
- SPEEDWAY LLC;
- 7-ELEVEN, INC.;
- WALMART;
- WALGREENS BOOTS ALLIANCE, INC

For further clarification, Plaintiff **does not** dismiss any pending claims against the following Defendants, to the extent that they are Defendants in this action[1]:

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: December 1, 2023

Respectfully Submitted,

*/s/ Christopher S. Randolph, Jr.*
Christopher S. Randolph, Jr.
*Attorney for Plaintiff*

HARE WYNN NEWELL & NEWTON, LLP
Scott A. Powell
Christopher S. Randolph, Jr.
800 Shades Creek Parkway, Suite 800
Birmingham, AL 35209
205-328-5330
scott@hwnn.com
chris@hwnn.com

---

[1] To the extent Plaintiff has asserted any other claims against any other defendant(s) not referenced herein, Plaintiff **does not** dismiss any pending claims against those defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/ Christopher S. Randolph, Jr.*
Christopher S. Randolph, Jr.